ROBERT P. MURPHY ET AL. *v.* DEL SOLE AND DEL SOLE, LLP

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 28863) is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Robert P. Murphy*, in support of the petition.

*Karen L. Karpie*, in opposition.

Decided February 6, 2008

WELLS FARGO BANK, N.A. *v.* ESTATE OF EUNICE BELCHER ET AL.

The petition of the defendant Mark Belcher for certification for appeal from the Appellate Court (AC 28885) is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Mark Belcher*, pro se, in support of the petition.

Decided February 6, 2008